# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 16-5188**                  **September Term, 2016**

1:15-cv-00045-RMC

Filed On: January 18, 2017 [1656319]

MetLife, Inc.,

    Appellee

    v.

Financial Stability Oversight Council,

    Appellee

Better Markets, Inc.,

    Appellant

    **BEFORE:**    Chief Judge Garland, and Circuit Judges Kavanaugh and Srinivasan

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on January 18, 2017 at 10:37 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

    Stephen W. Hall, counsel for Appellant Better Markets, Inc.

    Amir C. Tayrani, counsel for Appellee MetLife, Inc.

    Nicolas Y. Riley (DOJ) , counsel for Financial Stability Oversight Council.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                        BY:    /s/
                                Shana E. Thurman
                                Deputy Clerk